

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED-6 FOR DOCKETING
PM 5:09
U.S. DISTRICT CLERK
COURT

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., | ) Civil Action No. 01 CV 6157 RT |
| Plaintiff, | ) The Honorable Suzanne B. Conlon |
| v. | ) Magistrate Judge Michael T. Mason |
| INTERLOGIX, INC., | ) |
| Defendant. | ) |

DOCKETED
MAR 2 1 2002

**F I L E D**

MAR 1 4 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Sheila Finnegan, Esq., Vincent J. Connelly, Esq., MAYER, BROWN, ROWE & MAW, 190 South LaSalle Street, Chicago, Illinois 60603

Paul F. Ware, Esq., John C. Englander, Esq., J. Anthony Downs, Esq., GOODWIN PROCTER LLP, Exchange Place, 17th Floor, 53 State Street, Boston, Massachusetts 02109

**PLEASE TAKE NOTICE THAT** on Tuesday, March 19, 2002, at 9:00 a.m. or as soon thereafter

as counsel may be heard, the undersigned shall appear before the Honorable Suzanne B. Conlon or

any judge sitting in her stead, in the courtroom usually occupied by her at the United States District

Courthouse for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then

and there present the attached CHAMBERLAIN'S MOTION TO STRIKE EXPERT REPORTS AND EXCLUDE

EXPERT TESTIMONY, a copy of which is served upon you herewith.

Date: March 14, 2002

John F. Flannery
Karl R. Fink
Rudy I. Kratz
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street
Suite 1600
Chicago, Illinois 60603-3406
(312) 577-7000
*Attorneys for The Chamberlain Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 01 CV 6157 |
| | ) |
| v. | ) The Honorable Suzanne B. Conlon |
| | ) |
| INTERLOGIX, INC., | ) Magistrate Judge Michael T. Mason |
| | ) |
| Defendant. | ) |

## CHAMBERLAIN'S MOTION TO STRIKE
### EXPERT REPORTS AND EXCLUDE EXPERT TESTIMONY

Plaintiff, The Chamberlain Group, Inc. ("Chamberlain"), hereby moves to strike three of the five expert reports served by Interlogix, Inc. ("Interlogix"), and to exclude the testimony of those disclosed experts. More specifically, Chamberlain (1) moves to strike the expert report of Larry S. Nixon because his proposed testimony offers only legal conclusions based on a general knowledge of patent law, and (2) moves to strike the expert reports of two other experts (one technical expert and one damages expert) because their expert reports are redundant to the reports of two other experts served by Interlogix on the same subject matters. Chamberlain requests that the Court direct Interlogix to designate only one technical expert (to testify on technical, not legal, issues) and only one damages expert. Chamberlain further requests that this Court extend the time for Chamberlain's rebuttal to the expert reports served by Interlogix to 30 days after entry of its Order. A supporting memorandum accompanies this motion.

Date: March 14, 2002

John F. Flannery
Karl R. Fink
Rudy I. Kratz
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
(312) 577-7000
*Attorneys for The Chamberlain Group, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing NOTICE OF MOTION and CHAMBERLAIN'S MOTION TO STRIKE EXPERT REPORTS AND EXCLUDE EXPERT TESTIMONY were caused to be served upon:

By Facsimile & First Class Mail

Paul F. Ware, Esq.
John C. Englander, Esq.
J. Anthony Downs, Esq.
GOODWIN PROCTER LLP
Exchange Place, 17th Floor
53 State Street
Boston, Massachusetts 02109

By Messenger

Sheila Finnegan, Esq.
Vincent J. Connelly, Esq.
MAYER, BROWN, ROWE & MAW
190 South LaSalle Street
Chicago, Illinois 60603

attorneys for Defendant, this 14 day of March, 2002.

Attorney for Plaintiff, The Chamberlain Group, Inc.